DAVID P. MASTAGNI (SBN 57721)
BRETT D. BEYLER (SBN 319415)
**MASTAGNI HOLSTEDT, A.P.C.**
1912 I Street, Sacramento, CA 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
*Email: bbeyler@mastagni.com*

Attorneys for Plaintiffs,
KEVIN MICKELSON and MARGARET MICKELSON

**Counsel for Remaining Parties**
**Listed on Signature Page**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MICKELSON; MARGARET MICKELSON, | Case No. 2:20-cv-00263-TLN-EFB |
| | **STIPULATION AND ORDER** |
| Plaintiffs, | |
| vs. | Date: TBD |
| | Time: TBD |
| TECHTRONIC INDUSTRIES FACTORY OUTLETS, INC.; TECHTRONIC INDUSTRIES NORTH AMERICA, INC.; RYOBI DIE CASTING (USA), INC.; RYOBI HOLDINGS (USA), INC.; HOME DEPOT STORE SUPPORT, INC.; HOME DEPOT USA, INC.; DOES 1 through 100, inclusive, | Location: Robert T. Matsui United States Courthouse, Courtroom 2, 15th Floor,501 I Street, Sacramento, CA 95814 |
| Defendants. | |

1

1

**STIPULATION**

2

On May 5, 2020, pursuant to the Court's Initial Pretrial Scheduling Order (ECF No. 3)

3

and Local Rule 240, the parties filed a Joint Status Report (ECF No. 7). On May 7, 2020, the

4

Court issued a Minute Order directing the parties to file and submit a Stipulation and Proposed

5

Order with the parties proposed scheduled dates (*See* ECF No. 9). Accordingly, the parties

6

stipulate to the following scheduled dates:

7

8

| MATTER | STIPULATED SCHEDULE |
|---|---|
| Fact discovery cutoff | March 31, 2021 |
| Deadline to serve expert disclosures | May 31, 2021 |
| Deadline to serve rebuttal expert disclosures | July 30, 2021 |
| Expert & supplemental discovery cutoff | September 30, 2021 |
| Deadline for hearing dispositive motions | December 2, 2021 |
| Joint Notice of Trial Readiness | TBD |
| Final pretrial conference | TBD |
| Trial | TBD |

9

10

11

12

13

14

15

16

17

18

Dated: October 1, 2020                               **Respectfully submitted,**

19

MASTAGNI HOLSTEDT, A.P.C.
David P. Mastagni (SBN No. 57721)

20

Brett D. Beyler (SBN No. 319415)
bbeyler@mastagni.com

21

1912 I Street

22

Sacramento, CA  95811
Telephone: (916) 446-4692

23

Facsimile: (916) 447-4614

24

By:    /s/ BRETT D. BEYLER
BRETT D. BEYLER

25

Attorneys for Plaintiffs,

26

KEVIN MICKELSON and MARGARET
MICKELSON

27

28

RILEY SAFER HOLMES & CANCILA,
LLP

2

1

2

3

4

5

6

Jeffrey R. Williams (SBN No. 084156)
jwilliams@rshc-law.com
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Sacramento, CA  95864
Telephone: (415) 275-8500
Facsimile: (415) 275-8551

By:      /s/ JEFFREY R. WILLIAMS
          JEFFREY R. WILLIAMS

7

8

9

10

## ORDER

The above STIPULATION & ORDER is approved as the Case Management Order for this case

and all parties shall comply with its provisions.

11

12

13

14

      **IT IS SO ORDERED**.

Dated:  October 2, 2020

_____
Troy L. Nunley
United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28