1  DAVID P. MASTAGNI (SBN 57721)
   BRETT D. BEYLER (SBN 319415)
2  **MASTAGNI HOLSTEDT, A.P.C.**
   1912 I Street, Sacramento, CA 95811
3  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
4  *Email: bbeyler@mastagni.com*

5  Attorneys for Plaintiffs,
   KEVIN MICKELSON and MARGARET MICKELSON

6
   **Counsel for Remaining Parties**
7  **Listed on Signature Page**

8

9

10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12

13

| | |
|---|---|
| KEVIN MICKELSON; MARGARET MICKELSON, | Case No. 2:20-cv-00263-TLN-EFB |
| Plaintiffs, | **STIPULATION AND ORDER** |
| vs. | |
| TECHTRONIC INDUSTRIES FACTORY OUTLETS, INC.; TECHTRONIC INDUSTRIES NORTH AMERICA, INC.; RYOBI DIE CASTING (USA), INC.; RYOBI HOLDINGS (USA), INC.; HOME DEPOT STORE SUPPORT, INC.; HOME DEPOT USA, INC.; DOES 1 through 100, inclusive, | |
| Defendants. | |

Plaintiffs, Kevin Mickelson and Margaret Mickelson, and Defendants hereby stipulate as follows:

   Non-expert discovery is presently set to close on March 31, 2021;

   Expert disclosure is presently set for May 31, 2021;

   Expert rebuttal disclosure is set for July 30, 2021;

   Expert and supplemental discovery cutoff is set for September 30, 2021;

1

Deadline for hearing dispositive motions is set for November 30, 2021.

Due to unanticipated delays caused by COVID-19, the parties have stipulated, provided the Court grants its consent, to continue all the above referenced discovery cut-offs/deadlines by four (4) months. The parties believe this short continuance will allow the parties to conduct all outstanding non-expert discovery and attempt to mediate this matter before the expert discovery cut-off, thereby saving all the parties from incurring a potentially unnecessary expenses of retaining experts and commissioning reports

Dated: January 21, 2021

**Respectfully submitted,**
MASTAGNI HOLSTEDT, A.P.C.

By: /s/ BRETT D. BEYLER
BRETT D. BEYLER
Attorneys for Plaintiffs,
KEVIN MICKELSON and MARGARET MICKELSON

RILEY SAFER HOLMES & CANCILA, LLP

By: /s/ JEFFREY R. WILLIAMS
JEFFREY R. WILLIAMS

**ORDER**

The above STIPULATION & ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions.

IT IS SO ORDERED.

DATED: January 21, 2021

Troy L. Nunley
United States District Judge