DAVID P. MASTAGNI (SBN 57721)
BRETT D. BEYLER (SBN 319415)
**MASTAGNI HOLSTEDT, A.P.C.**
1912 I Street, Sacramento, CA 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
*Email: bbeyler@mastagni.com*

Attorneys for Plaintiffs,
KEVIN MICKELSON and MARGARET MICKELSON

Counsel for Remaining Parties
 Listed on Signature Page

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MICKELSON; MARGARET MICKELSON,<br><br>Plaintiffs,<br><br>vs.<br><br>TECHTRONIC INDUSTRIES FACTORY OUTLETS, INC.; TECHTRONIC INDUSTRIES NORTH AMERICA, INC.; RYOBI DIE CASTING (USA), INC.; RYOBI HOLDINGS (USA), INC.; HOME DEPOT STORE SUPPORT, INC.; HOME DEPOT USA, INC.; DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00263-TLN-EFB<br><br>**STIPULATION & ORDER**<br><br>Date: TBD<br><br>Time: TBD<br><br>Location: Robert T. Matsui United States Courthouse, Courtroom 2, 15th Floor, 501 I Street, Sacramento, CA 95814 |

Plaintiffs, Kevin Mickelson and Margaret Mickelson, and Defendants hereby stipulate as follows:

Non-expert discovery is presently set to close on July 31, 2021;

Expert disclosure is presently set for September 30, 2021;

Expert and supplemental discovery cutoff is set for November 30, 2021;

Deadline for hearing dispositive motions is set for March 30, 2022.

Due to unanticipated delays caused by COVID-19 and the parties' ongoing attempts to

1

settle this matter, the parties have stipulated, provided the Court grants its consent, to continue all the above referenced discovery cut-offs/deadlines by two (2) months. The parties believe this short continuance will allow the parties to conduct all outstanding non-expert discovery and attempt to mediate this matter before the expert discovery cut-off, thereby saving all the parties from incurring a potentially unnecessary expenses of retaining experts and commissioning reports.

Dated: June 30, 2021

**Respectfully submitted,**
MASTAGNI HOLSTEDT, A.P.C.

By: /s/ BRETT D. BEYLER
BRETT D. BEYLER
Attorneys for Plaintiffs,

KEVIN MICKELSON and MARGARET MICKELSON

RILEY SAFER HOLMES & CANCILA, LLP

By: /s/ JEFFREY R. WILLIAMS
JEFFREY R. WILLIAMS

## **ORDER**

The above STIPULATION & ORDER is **APPROVED** as the Case Management Order for this case and all parties shall comply with its provisions.

IT IS SO ORDERED.

**DATED**: June 30, 2021

Troy L. Nunley
United States District Judge